IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE Y. HOLMES, | Case No.: 22-cv-2249-MSN-tmp |
| Plaintiff, | |
| vs. | |
| HEALTH CENTER AT STANDIFER PLACE, | |
| Defendant. | |

**ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE PURSUANT TO 28 U.S.C § 1404(a)**

Before the Court is Defendant Health Center at Standifer Place's ("Defendant") unopposed Motion to Transfer Venue to the United States District Court for the Eastern District of Tennessee Pursuant to 28 U.S.C. § 1404(a). (ECF No. 9.) ("Motion to Transfer"). Plaintiff has not filed a response to the Motion to Transfer and the time to do so has lapsed.

Pursuant to § 1404(a), and for good cause shown by Defendant in its Motion to Transfer, specifically to allow efficient access to witnesses, documents, evidence, and accordingly in the interest of justice, the undersigned **GRANTS** the Motion to Transfer. *See Reese v. CNH Am. LLC*, 574 F.3d 315, 320 (6th Cir. 2009). (ECF No. 9 at PageID 29–31.) The Clerk is **DIRECTED** to transfer this action to the United States District Court for the Eastern District of Tennessee.

**IT IS SO ORDERED** this 9th day of June, 2022.

*s/ Mark Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE